Case No: **14-12720-WHD**

# UNITED STATES BANKRUPTCY COURT

**Northern District of Georgia**

In re: **Jeffrey Bernard McLeroy**    Case no: **14-12720-WHD**

Chapter: **13**

Property Address: **295 Bonnie Lane, Fayetteville, GA 30215**
Last four of any number you use to identity the debtor's account: **5287**
Court Claim No. (if known). **2**

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**PennyMac Loan Services, LLC**

("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **10/10/2019** and filed as Docket No. **70**.

### Pre-Petition Default Payments

X Agrees that Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim

Total Amount Due:    $0.00

### Post-Petition Default Payments

X  Agrees that Debtor(s) is current with respect to all payments consistent with 1322(b)(5) of the Bankruptcy Code.

Total Amount Due:    $0.00

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: **14-12720-WHD**

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this supplement applies.

__ I am the Creditor                    X    I am the Creditor's authorized agent/counsel (attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

**/s/Lisa F. Caplan**    **October 31, 2019**
Signature                    Date

Lisa F. Caplan
Title: Attorney for Creditor
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992

CERTIFICATE OF SERVICE

I, Lisa F. Caplan of Rubin Lublin, LLC certify that on the 31st day of October, 2019, I caused a copy of the Response to Notice of Final Cure Payment to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Jeffrey Bernard McLeroy
295 Bonnie Lane
Fayetteville, GA 30215

A.Allen Hammond, Esq.
Hammond & Hammond, PC
122 South Main Street
Jonesboro, GA 30236

Melissa J. Davey
Standing Chapter 13 Trustee
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303

Executed on 10/31/19
By:/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor